# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 7, 2007*

[Cite as *09/07/2007 Case Announcements*, 2007-Ohio-4598.]

## MOTION AND PROCEDURAL RULINGS

**2007–0035. Turner v. Ohio Bell Tel. Co.**
Cuyahoga App. No. 87541, 2006-Ohio-6168. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the motion of amici curiae The Ohio Edison Company, The Cleveland Electric Illuminating Company, The Toledo Edison Company and FirstEnergy Corp. to participate in oral argument,
It is ordered by the court that the motion is denied.

**2007–0112. Turner v. Ohio Bell Tel. Co.**
Cuyahoga App. No. 87541, 2006-Ohio-6168. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Cuyahoga County. Upon consideration of the motion of amici curiae The Ohio Edison Company, The Cleveland Electric Illuminating Company, The Toledo Edison Company and FirstEnergy Corp. to participate in oral argument,
It is ordered by the court that the motion is denied.

**2007–0525. Nadra v. Mbah.**
Franklin App. No. 06AP-829, 2007-Ohio-501. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellants' motion to supplement record,
It is ordered by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2007–0076. IBM Corp. v. Franklin Cty. Bd. of Revision.**
Franklin App. No. 06AP-108, 2006-Ohio-5258. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion to remand to the Franklin County Board of Revision,
It is ordered by the court that the motion is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–1460. State ex rel. Pierron v. Indus. Comm.**
Franklin App. No. 06AP-391, 2007-Ohio-3292.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*September 10, 2007*

[Cite as *09/10/2007 Case Announcements*, 2007-Ohio-4621.]